BROWNSTEIN HYATT FARBER SCHRECK, LLP
2049 Century Park East, Suite 3550
Los Angeles, CA 90067

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANYIELLE LOCKETTE,<br><br>Plaintiff,<br><br>v.<br><br>NELNET ACADEMIC SERVICES LLC, and DOES 1-10, inclusive,<br><br>Defendant. | Case No. 2:19-cv-00028-KJM-AC<br><br>**ORDER GRANTING SECOND STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT (L.R. 144)**<br><br>Complaint Served: Dec. 6, 2018<br>Current Response Date: Jan. 28, 2019<br>New Response Date: Feb. 18, 2019 |

Having considered the parties' stipulation and for good cause appearing, the Court approves the Second Stipulation To Extend Time To Respond To Complaint and orders that the deadline for Defendant NELNET SERVICING, LLC erroneously sued and served as NELNET ACADEMIC SERVICES LLC ("Nelnet") to answer or otherwise respond to Plaintiff's Complaint in Case No. 2:19-cv-00028-KJM-AC shall be extended to February 18, 2019.

IT IS SO ORDERED.

DATED: January 29, 2019.

_____
UNITED STATES DISTRICT JUDGE